# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARIUS VINCENT SELLERS

NO. 2025 KW 0451

JULY 14, 2025

---

In Re:     Darius Vincent Sellers, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 519604.

---

BEFORE:   HESTER, EDWARDS, AND BALFOUR, JJ.

**WRIT DENIED.** The 2017 amendments to the Uniform Controlled Dangerous Substances laws, which tailored the sentences for drug convictions according to the weight of the controlled dangerous substance involved in the offense, became effective August 1, 2017, and does not apply retroactively. See 2017 La. Acts No. 281, § 1. Furthermore, because relator was sentenced after June 14, 2001, he is not entitled to the ameliorative penalty consideration provided for in La. R.S. 15:308. See La. R.S. 15:308(A)(1) & (2) (prior to amendment by 2014 La. Acts No. 340, § 1). Accordingly, the district court did not err by denying the motion to correct an illegal sentence.

CHH
BDE
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT